UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DERECK D TAYLOR JR #594882**      CASE NO. 1:20-CV-00215 SEC P

**VERSUS**      **JUDGE DRELL**

**HARD TIMES NEWSPAPER ET AL**      **MAGISTRATE JUDGE PEREZ-MONTES**

O R D E R

Before the court is Plaintiff's appeal of the recent ruling of the Magistrate Judge denying his motion to proceed *in forma pauperis* ("IFP") in the above-captioned civil suit. (Doc. 18). Plaintiff's appeal is hereby GRANTED based on the court's finding that Plaintiff meets the qualifications for IFP status. The Magistrate Judge's Memorandum Order denying Plaintiff's IFP motion is, therefore, VACATED. (Doc. 16). We note that but for the Magistrate Judge's apparent belief that Plaintiff's deficient complaint located at Doc. 1 in the record was the sole complaint in the record, it appears that Plaintiff's motion for IFP status would have been granted.

In order to clarify the record, we instruct that Plaintiff did indeed file a new complaint on proper forms dated May 29, 2020 and deposited in the prison mail system June 1, 2020. (Docs. 14, 14-1). The Magistrate Judge's order striking Plaintiff's original complaint was issued May 29, 2020. (Doc. 13). Given the fact that Plaintiff is incarcerated and receives notice of such orders via U.S. Mail, the court cannot make a finding that Plaintiff was aware of the dismissal of his original complaint on the date he filed his "amended" complaint on proper forms under the mailbox rule. Houston v. Lack, 487 U.S. 266, 270 (1988). Considering the facts in this case, we decline to penalize Plaintiff for the late filing of his complaint in proper form as instructed by the Magistrate Judge's Order of February 21, 2020. (Doc. 4). Plaintiff is now also granted IFP status.

1

The case is hereby REFERRED to the Magistrate Judge for further *pro se* review consistent with this order.

THUS DONE AND SIGNED this 22ND day of July 2020 at Alexandria, Louisiana.

                                              DEE D. DRELL, JUDGE
                                    UNITED STATES DISTRICT COURT